# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00500-CV

**In re Thomas Allen Simon**

### ORIGINAL PROCEEDING FROM BURNET COUNTY

## M E M O R A N D U M   O P I N I O N

We lift the stay order issued on August 12, 2015, and deny relator's petition for writ of mandamus and for writ of prohibition.

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   August 25, 2015